### (August 6, 1962)

■ In the Matter of NICHOLAS D. MORSILLO (HOWARD A. LA ROSE et al., Respondents, v. KALMAN BACKER et al., Appellants, and ANTHONY SERVIDONE et al., Respondents).— Order settled and signed. Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.